| | |
|---|---|
| 1 | John A. Vogt (State Bar No. 198677) |
| 2 | javogt@jonesday.com<br>Edward S. Chang (State Bar No. 241682) |
| 3 | JONES DAY<br>3161 Michelson Drive |
| 4 | Suite 800<br>Irvine, CA  92612.4408 |
| 5 | Telephone:  +1.949.851.3939<br>Facsimile:  +1.949.553.7539 |
| 6 | Michael A. Carvin (*Pro Hac Vice*) |
| 7 | macarvin@JonesDay.com<br>James M. Burnham (*Pro Hac Vice*) |
| 8 | JONES DAY<br>51 Louisiana Avenue, N.W. |
| 9 | Washington, D.C.  20001.2113<br>Telephone:  +1.202.879.3939 |
| 10 | Facsimile:  +1.202.626.1700 |
| 11 | Michael E. Rosman (*Pro Hac Vice*)<br>rosman@cir-usa.org |
| 12 | Center for Individual Rights<br>1233 20th St. NW, Suite 300 |
| 13 | Washington, DC  20036<br>Telephone:  +1.202.833.8400 |
| 14 | ***ATTORNEYS FOR PLAINTIFFS*** |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| REBECCA FRIEDRICHS, et al., | Case No. 8:13-cv-00676-JLS-CW |
| Plaintiffs, | |
| v. | **REPRESENTATION STATEMENT** |
| CALIFORNIA TEACHERS ASSOCIATION, et al., | |
| Defendants, | |
| ATTORNEY GENERAL KAMALA D. HARRIS, | |
| Defendant-Intervenor. | |

1  In compliance with Federal Rule of Appellate Procedure 12(b) and Circuit
2  Rules 3-2 and 12-2, the undersigned represents that Jones Day and the Center for
3  Individual Rights are counsel for Rebecca Friedrichs; Scott Wilford; Jelena
4  Figueroa; George W. White, Jr.; Kevin Roughton; Peggy Searcy; Jose Manso;
5  Harlan Elrich; Karen Cuen; Irene Zavala; and Christian Educators Association
6  International, plaintiffs and appellants in the above-named case.
7  Attached is a service list that shows all of the parties to the action and
8  identifies their counsel by name, firm, address, telephone number, and email
9  address.

Dated: December 12, 2013

Respectfully submitted,

JONES DAY

By:    */s/ John A. Vogt*
        John A. Vogt

ATTORNEYS FOR PLAINTIFFS

1  REPRESENTATION STATEMENT

2  **Rebecca Friedrichs, *et al.*, v. California Teachers Association, *et al.***

3  **Case No. 8:13-cv-676 JLS-CW**

4  <u>Plaintiffs Rebecca Friedrichs, Scott Wilford, Jelena Figueroa, George W. White, Jr.,</u>

5  <u>Kevin Roughton, Peggy Searcy, Jose Manso, Harlan Elrich, Karen Cuen, Irene</u>

6  <u>Zavala, and Christian Educators Association International:</u>

Michael A. Carvin (*pro hac vice*)
   macarvin@jonesday.com
James M. Burnham (*pro hac vice*)
   jburnham@jonesday.com
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

John A. Vogt (CA Bar #198677)
   javogt@jonesday.com
Edward S. Chang (CA Bar #241682)
   echang@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Michael E. Rosman (*pro hac vice*)
   rosman@cir-usa.org
CENTER FOR INDIVIDUAL RIGHTS
1233 20th Street NW, Suite 300
Washington DC 20036
Telephone: (202) 833-8400
Facsimile: (202) 833-8410

| | |
|---|---|
| 1 | Defendants California Teachers Association; National Education Association; |
| 2 | Savanna District Teachers Association; Saddleback Valley Educators Association; |
| 3 | Orange Unified Education Association, Inc.; Kern High School Teachers |
| 4 | Association; National Education Association-Jurupa; Santa Ana Educators |
| 5 | Association, Inc.; Teachers Association of Norwalk-La Mirada Area; Sanger |
| 6 | Unified Teachers Association; Associated Chino Teachers; and San Luis Obispo |
| 7 | County Education Association: |

Jeremiah A. Collins (*pro hac vice*)
   jcollins@bredhoff.com
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth St. N.W., Tenth Floor
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888

Jeffrey B. Demain (CA Bar #126715)
   jdemain@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Jason Walta (*pro hac vice*)
   jwalta@nea.org
NATIONAL EDUCATION
ASSOCIATION
Office of General Counsel
1201 16th Street, NW
Washington, DC 20036
Telephone: (202) 822-7041
Facsimile: (202) 822-7033

Laura P. Juran (CA Bar #199978)
   ljuran@cta.org
Jacob F. Rukeyser (CA Bar #233781)
   jrukeyser@cta.org
CALIFORNIA TEACHERS
ASSOCIATION
Legal Department
1705 Murchison Drive
Burlingame, California 94010
Telephone: (650) 552-5425
Facsimile: (650)552-5019

Defendants Sue Johnson; Clint Harwick; Thelma Meléndez De Santa Ana; and Wayne Joseph:

Marlon C. Wadlington (CA Bar #192138)
   mwadlington@aalrr.com
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Telephone: (562) 653-3200
Facsimile: (562) 653-3333

- 3 -

REPRESENTATION STATEMENT
Case No. 8:13-cv-00676-JST-CW

| | |
|---|---|
| 1 | Defendants Michael L. Christensen and Marcus P. Johnson: |
| 2 | Jeffrey P Thompson |
| 3 | jthompson@dbtlaw.com<br>DECLUES BURKETT & THOMPSON |
| 4 | 17011 Beach Boulevard, Suite 400<br>Huntington Beach, CA 92647 |
| 5 | Telephone: (714) 843-9444 |
| 6 | Facsimile: (714) 843-9452 |
| 7 | Defendant Donald E. Carter: |
| 8 | Christopher P Burger (CA Bar #158461)<br>chburger@kern.org |
| 9 | SCHOOLS LEGAL SERVICE<br>P.O. Box 2445 |
| 10 | Bakersfield, CA 93389 |
| 11 | Telephone: (661) 636-4830<br>Facsimile: (661) 636-4843 |
| 12 | Defendant Elliott Duchon: |
| 13 | |
| 14 | Kerrie Ellen Taylor (CA Bar #246755)<br>ktaylor@fagenfriedman.com |
| 15 | FAGEN FRIEDMAN & FULFROST, LLP<br>6300 Wilshire Boulevard, Suite 1700 |
| 16 | Los Angeles, California 90048<br>Telephone: (323) 330-6300 |
| 17 | Facsimile: (323) 330-6311 |
| 18 | Defendant Ruth Pérez: |
| 19 | Henry C Wang (CA Bar #196537) |
| 20 | henry.wang@ltlw.com<br>LEE TRAN LIANG & WANG LLP |
| 21 | 601 South Figueroa Street, Suite 3900<br>Los Angeles, CA 90017 |
| 22 | Telephone: (213) 612-8900<br>Facsimile: (213) 612-3773 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

<u>Defendant Julian D. Crocker:</u>

Michael Eric Hersher (CA Bar #84135)
   mhersher@kmtg.com
Roman J Muñoz (CA Bar #206135)
   rmunoz@kmtg.com
KRONICK, MOSKOVITZ
TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile:  (916) 321-4555

<u>Defendant-Intervenor Attorney General of California:</u>

Kamala D. Harris
ATTORNEY GENERAL OF CALIFORNIA
Tamar Pachter
SUPERVISING DEPUTY ATTORNEY GENERAL
Alexandra Robert Gordon (CA Bar #207650)
   alexandra.robertgordon@doj.ca.gov
DEPUTY ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 703-5509
Facsimile:  (415) 703-5480