UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 13-57095 |
| District Court/Agency Case Number(s): | 8:13-cv-00676 JLS-CW |
| District Court/Agency Location: | Central District of California (Santa Ana) |
| Case Name: | Rebecca Friedrichs, et al.  v.  California Teachers Association, et al. |
| If District Court, docket entry number(s) of order(s) appealed from: | 106 |
| Name of party/parties submitting this form: | Rebecca Friedrichs, et al. (Plaintiffs-Appellants) |

Please briefly describe the dispute that gave rise to this lawsuit.

Plaintiffs-Appellants are California public-school teachers who have declined to join the union that represents teachers in their respective bargaining units. Under the authority of California law, the Defendants (unions and district officials) require all teachers -- including non-union-members -- to finance the unions' activities that relate to collective bargaining. Defendants also require all non-union-members to annually opt out of funding union activities that are unrelated to collective bargaining.

Briefly describe the result below and the main issues on appeal.

At Plaintiffs' request, the District Court (Judge Josephine Staton) entered judgment on the pleadings in Defendants' favor, finding that Plaintiffs' claims are currently foreclosed by binding precedent of the Supreme Court and this Court. There are two questions on appeal: (1) Does it violate the First Amendment for public employees to be required to pay fees to a labor union? (2) Does it violate the First Amendment for public employees who are not union members to be forced to annually renew their opposition to subsidizing a union's non-bargaining-related activities?

Describe any proceedings remaining below or any related proceedings in other tribunals.

There are no proceedings remaining below or in any other tribunal.

Provide any other thoughts you would like to bring to the attention of the mediator.

Plaintiffs-Appellants have consistently acknowledged that their claims are currently foreclosed by the Supreme Court's decision in Abood v. Detroit Board of Education, 431 U.S. 209 (1977) and by the Ninth Circuit's decision in Mitchell v. L.A. Unified School District, 963 F.2d 258 (9th Cir. 1992). Plaintiffs-Appellants' objective is to secure the overturning of those decisions in the Supreme Court. Thus, the relief that Plaintiffs-Appellants seek can only come through judicial resolution in that Court, and Plaintiffs-Appellants have no interest in mediation.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Michael A. Carvin

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Plaintiffs-Appellants

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

# **SERVICE LIST**

The current service list is as follows:

Michael A. Carvin
    macarvin@jonesday.com
James M. Burnham
    jburnham@jonesday.com
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Appellants*

Michael E. Rosman
    rosman@cir-usa.org
CENTER FOR INDIVIDUAL
RIGHTS
1233 20th Street NW, Suite 300
Washington DC 20036
Telephone: (202) 833-8400
Facsimile: (202)833-8410

*Counsel for Appellants*

Jeremiah A. Collins
    jcollins@bredhoff.com
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth St. N.W., Tenth Floor
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888

*Counsel for Appellee Unions*

John A. Vogt
    javogt@jonesday.com
Edward S. Chang
    echang@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

*Counsel for Appellants*

Kamala D. Harris
ATTORNEY GENERAL OF CALIFORNIA
Tamar Pachter
Alexandra Robert Gordon
    alexandra.robertgordon@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 703-5509
Facsimile: (415) 703-5480

*Counsel for Defendant-Intervenor Attorney General of California*

Jason Walta
    jwalta@nea.org
NATIONAL EDUCATION ASSOCIATION
Office of General Counsel
1201 16th Street, NW
Washington, DC 20036
Telephone: (202) 822-7041
Facsimile: (202) 822-7033

*Counsel for Appellee Unions*

Jeffrey B. Demain
 jdemain@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Counsel for Appellee Unions*

Laura P. Juran
 ljuran@cta.org
Jacob F. Rukeyser
 jrukeyser@cta.org
CALIFORNIA TEACHERS ASSOCIATION
Legal Department
1705 Murchison Drive
Burlingame, California 94010
Telephone: (650) 552-5425
Facsimile: (650)552-5019

*Counsel for Appellee Unions*

Marlon C. Wadlington
 mwadlington@aalrr.com
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Telephone: (562) 653-3200
Facsimile: (562) 653-3333

*Counsel for Appellees Sue Johnson, Clint Harwick, Thelma Meléndez De Santa Ana, and Wayne Joseph*

Jeffrey P Thompson
 jthompson@dbtlaw.com
DECLUES BURKETT & THOMPSON
17011 Beach Boulevard, Suite 400
Huntington Beach, CA 92647
Telephone: (714) 843-9444
Facsimile: (714) 843-9452

*Counsel for Appellees Michael L. Christensen and Marcus P. Johnson*

Christopher P Burger
 chburger@kern.org
SCHOOLS LEGAL SERVICE
P.O. Box 2445
Bakersfield, CA 93389
Telephone: (661) 636-4830
Facsimile: (661) 636-4843

*Counsel for Appellee Donald E. Carter*

Kerrie Ellen Taylor
 ktaylor@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Telephone: (323) 330-6300
Facsimile: (323) 330-6311

*Counsel for Appellee Elliott Duchon*

Henry C Wang
 henry.wang@ltlw.com
LEE TRAN LIANG & WANG LLP
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

*Counsel for Appellee Ruth Pérez*

Michael Eric Hersher
 mhersher@kmtg.com
Roman J Muñoz
 rmunoz@kmtg.com
KRONICK, MOSKOVITZ TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

*Counsel for Appellee Julian D. Crocker*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 18, 2013, on behalf of Plaintiff-Appellants, I electronically filed the foregoing Mediation Questionnaire with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

     I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, for delivery within 3 calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| Christopher P. Burger<br>SCHOOLS LEGAL SERVICE<br>1300 17th Street<br>P.O. Box 2445<br>Bakersfield, CA 93303 | Henry Chi-Jen Wang<br>BAUTE CROCHETIERE &<br>MALONEY LLP<br>Suite 4900<br>777 South Figueroa Street<br>Los Angeles, CA 90017 |
| *Counsel for Appellee Donald E. Carter* | *Counsel for Appellee Ruth Pérez* |
| Dated: December 18, 2013 | Respectfully submitted,<br><br> /s/ Michael A. Carvin<br>_____<br>Michael A. Carvin<br>   macarvin@jonesday.com<br>James M. Burnham<br>William D. Coglianese<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>(202) 879-3939<br><br>*Counsel for Appellants* |