Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 13-57095

Case Name: Rebecca Friedrichs, et al. v. California Teachers Association, et al.

The Clerk will enter my appearance as counsel on behalf of:
Cal Teachers Ass'n; National Edu Ass'n; Saddleback Valley Edu. Ass'n; Savanna Dist Teachers Ass'n; Orange Unified Edu Ass'n; Kern High School Teachers Ass'n; NEA, Jurupa; Santa Ana Edu Ass'n; Teachers Ass'n of Norwalk, La Mirada Area; Sanger Unified Teachers Ass'n; Ass'd Chino Teachers; San Luis Obispo Co. Edu Ass'n

- [ ] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [x] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

- [ ] Re-Assignment (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm).

I am replacing (name of counsel):

Name: Jeremiah A. Collins

Firm/Office: Bredhoff & Kaiser, P.L.L.C.

Address: 805 15th Street NW
Suite 1000

City: Washington   State: DC   Zip Code: 20005

Phone Number (including area code): (202) 842-2600

Signature (use "s/" format): s/ Jeremiah A. Collins   Date: 12/19/2013

9th Circuit Case Number(s) | 13-57095

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) _____

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Dec 19, 2013.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Christopher P. Burger, SCHOOLS LEGAL SERVICE, 1300 17th Street, P.O. Box 2445 Bakersfield, CA 93303
Henry Chi-Jen Wang, BAUTE CROCHETIERE & MALONEY LLP, Suite 4900
777 South Figueroa Street, Los Angeles, CA 90017

Signature (use "s/" format) | s/ Jeremiah A. Collins