UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBECCA FRIEDRICHS; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CALIFORNIA TEACHERS ASSOCIATION; et al.,<br><br>        Defendants - Appellees,<br><br>KAMALA D. HARRIS, Attorney General,<br><br>        Defendant - Intervenor. | No. 13-57095<br><br>D.C. No. 8:13-cv-00676-JLS-CW<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER** |

    This case is NOT SELECTED for inclusion in the Mediation Program.

    Counsel may contact Stephen Liacouras, Circuit Mediator, at 415-355-7915, or stephen_liacouras@ca9.uscourts.gov to discuss services available through the court's mediation program, to request a settlement assessment conference, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the briefing schedule can be modified or vacated to facilitate settlement discussions.

Counsel are requested to send copies of this order to their clients.

Information regarding the mediation program may be found at

**www.ca9.uscourts.gov/mediation.**

                                              FOR THE COURT:

                                              Virna Sanchez

vs/mediation                               Deputy Clerk