Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

NOTE: For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 13-57095

Case Name: Rebecca Friedrichs, et al., v. California Teachers Association, et al.

The Clerk will enter my appearance as counsel on behalf of: Defendant-Intervenor Attorney General Kamala D. Harris

- [ ] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [x] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

- [ ] Re-Assignment (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm).

I am replacing (name of counsel):

Name: Alexandra Robert Gordon

Firm/Office: Office of the Attorney General, California Department of Justice

Address: 455 Golden Gate Avenue, Suite 11000

City: San Francisco    State: CA    Zip Code: 94102

Phone Number (including area code): (415) 703-5509

Signature (use "s/" format): /s/ Alexandra Robert Gordon    Date: 1/9/14

9th Circuit Case Number(s) | 13-57095

NOTE: For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | 

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) January 9, 2014.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Henry Chi-Jen Wang, BAUTE CROCHETIERE & MALONEY LLP, Suite 4900, 777 South Figueroa Street, Los Angeles, California 90017
Christopher P. Burger, SCHOOLS LEGAL SERVICE, 1300 17th Street, P.O. Box 2445, Bakersfield, California 93303

Signature (use "s/" format) | /s/ Alexandra Robert Gordon