No. 13-57095

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

REBECCA FRIEDRICHS, et al.,
*Plaintiffs-Appellants,*

v.

CALIFORNIA TEACHERS ASSOCIATION, et al.,
*Defendants-Appellees,*

KAMALA D. HARRIS, Attorney General of California,
*Defendant-Intervenor.*

On Appeal from the United States District Court For the Central District of California, Santa Ana No. 8:13-cv-00676-JLS-CW
Judge Josephine L. Staton

**SURREPLY OF DEFENDANTS-APPELLEES CALIFORNIA TEACHERS ASSOCIATION,** *et al.* **IN OPPOSITION TO APPELLANTS' URGENT MOTION TO EXPEDITE AND TO SUBMIT ON THE PAPERS**
_____

JASON WALTA
National Education Association
Office of General Counsel
1201 16th Street, NW
Washington, DC  20036
Telephone:  (202) 822-7041
jwalta@nea.org

LAURA P. JURAN
JACOB F. RUKEYSER
California Teachers Association
Legal Department
1705 Murchison Drive
Burlingame, California  94010
Telephone:  (650) 552-5414
ljuran@cta.org
jrukeyser@cta.org

JEREMIAH A. COLLINS
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St. N.W., Tenth Floor
Washington, DC  20005
Telephone:  (202) 842-2600
jcollins@bredhoff.com

JEFFREY B. DEMAIN
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
jdemain@altshulerberzon.com

Attorneys for Defendants-Appellees
California Teachers Association, *et al.*

Having filed an "Urgent Motion" asking the Court to set a schedule under which briefing would commence immediately, Plaintiffs-Appellants ("Plaintiffs") now have proposed that the filing of their opening brief should instead be *extended*, to July 1, 2014, so that they may address the Supreme Court's forthcoming decision in *Harris v. Quinn*, U.S. S. Ct. No. 11-681. *See* Appellants' Reply on Urgent Motion to Expedite and to Submit on the Papers ("Reply"). Yet, while acknowledging the potential impact of *Harris*, Plaintiffs ask the Court to decide *now* – before *Harris* has issued, and more than six months before briefing of this appeal will close under the schedule Plaintiffs have proposed – that this appeal will be decided by the Motions Panel that decides the "Urgent Motion," and without oral argument.

In order to have an opportunity to respond to Plaintiffs' revised proposal, Defendants-Appellees California Teachers Association, *et al.,* respectfully request that the Court consider this surreply.

1. Plaintiffs' revised motion, far from being "urgent," is at best premature. Notwithstanding that Plaintiffs, together with the petitioners in *Harris*, have urged the Supreme Court to overrule *Abood v. Detroit Board of Education*, 431 U.S. 209 (1977), Plaintiffs declare that it is "likely" that "*Abood* [will] remain[] good law after *Harris*." Reply at 1. Plaintiffs therefore state that "odds are that *Abood* will require the same outcome post-*Harris* that it requires now:

1

summarily affirming the district court." *Id.* at 2. Based on that prognostication, Plaintiffs maintain that oral argument will be "unnecessary." *Id.*

But this Court can and should make a determination as to whether oral argument is warranted based on what *Harris actually* decides, not on how Plaintiffs weigh the "odds" regarding the "likely" decision. After all, Plaintiffs can hardly ask this Court to rely on their professed assessment of what *Harris* is "likely" to decide, given that the result they now characterize as "likely" is the opposite of what they have urged in *Harris* itself.

Under Plaintiffs' own proposed schedule, briefing of this appeal will be conducted after *Harris* has been decided. That will be time enough to decide whether oral argument is warranted. There is no reason, and no basis, for the Court to make a decision as to whether oral argument will be conducted before the impact of *Harris* is known.

2. As for Plaintiffs' suggestion that "the most efficient course" would be for the Motions Panel that decides their pending motion "to simply retain th[is] appeal through a final decision on the merits," Reply at 4, Plaintiffs do not explain why that is so. And it certainly will *not* be so if, once *Harris* has been decided, it proves to be the case that substantive post-*Harris* issues are presented for decision on the merits of this appeal. In that case, there will be no reason why the panel that rules on Plaintiffs' procedural motion should decide the merits.

2

**CONCLUSION**

To the extent that Plaintiffs' motion requests that this case be decided on the merits by the Motion Panel that decides this motion, and that the case be decided without oral argument, the motion should be denied, without prejudice to its being renewed after the Supreme Court has decided *Harris.* To the extent that Plaintiffs' motion proposes that the briefing schedule be adjusted, Defendants do not oppose the schedule proposed in Plaintiffs' Reply.

Respectfully submitted,

*/s/ Jeremiah A. Collins*
JEREMIAH A. COLLINS
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St. N.W., Tenth Floor
Washington, DC 20005
Telephone: (202) 842-2600
jcollins@bredhoff.com

JASON WALTA
National Education Association
Office of General Counsel
1201 16th Street, NW
Washington, DC 20036
Telephone: (202) 822-7041
jwalta@nea.org

LAURA P. JURAN
JACOB F. RUKEYSER
California Teachers Association
Legal Department
1705 Murchison Drive
Burlingame, California 94010
Telephone: (650) 552-5414
ljuran@cta.org
jrukeyser@cta.org

JEFFREY B. DEMAIN
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
jdemain@altshulerberzon.com

Attorneys for Defendants-Appellees
California Teachers Association, *et al.*

Dated: January 16, 2014

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2014, on behalf of Defendants-Appellees, I electronically filed the foregoing Opposition to Appellants' Urgent Motion to Expedite and to Submit on the Papers with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, for delivery within 3 calendar days to the following non-CM/ECF participants:

Christopher P. Burger
SCHOOLS LEGAL SERVICE
1300 17th Street
P.O. Box 2445
Bakersfield, CA 93303

*Counsel for Appellee Donald E. Carter*

Henry Chi-Jen Wang
BAUTE CROCHETIERE &
MALONEY LLP
Suite 4900
777 South Figueroa Street
Los Angeles, CA 90017

*Counsel for Appellee Ruth Pérez*

                                                  */s/ Jeremiah A. Collins*
                                                  Jeremiah A. Collins