FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 30 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBECCA FRIEDRICHS; et al., | No. 13-57095 |
| Plaintiffs - Appellants, | D.C. No. 8:13-cv-00676-JLS-CW Central District of California, Santa Ana |
| v. | |
| CALIFORNIA TEACHERS ASSOCIATION; et al., | ORDER |
| Defendants - Appellees, | |
| KAMALA D. HARRIS, Attorney General, | |
| Defendant - Intervenor. | |

Before: Peter L. Shaw, Appellate Commissioner

Appellants' opposed motion for expedition is granted in part. The unopposed briefing schedule is adopted. The opening brief is due July 1, 2014; the answering brief is due July 31, 2014; and the reply brief is due August 4, 2014.

The other relief requested by appellants concerning expediting this appeal is denied without prejudice to renewal after the Supreme Court issues a decision in *Harris v. Quinn,* No.11-681 (argued Jan. 21, 2014).

27JAN2014/LBS/Appellate Commissioner