FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 16 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBECCA FRIEDRICHS; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CALIFORNIA TEACHERS ASSOCIATION; et al.,<br><br>        Defendants - Appellees,<br><br>KAMALA D. HARRIS, Attorney General,<br><br>        Defendant - Intervenor. | No. 13-57095<br><br>D.C. No. 8:13-cv-00676-JLS-CW<br>Central District of California,<br>Santa Ana<br><br>ORDER |

     The appellants' opposed renewed motion to expedite is denied. The request to submit the case without oral argument, and any future related filings, are referred for disposition to the panel that considers the merits of the case.

                                        For the Court:
                                        MOLLY C. DWYER
                                        Clerk of the Court

                                        Teresa A. Haugen, Deputy Clerk
                                        9th Circuit Rules 27-7, 27-10

Tah/7.14.14/Pro Mo