# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001.2113
TELEPHONE: +1.202.879.3939 • FACSIMILE: +1.202.626.1700

DIRECT NUMBER: (202) 879-3710
WCOGLIANESE@JONESDAY.COM

August 1, 2014

Via ECF

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939
(415) 355-8000

Re: *Friedrichs, et al. v. California Teachers Association, et al.*, No. 13-57095

Dear Ms. Dwyer:

    I represent the Appellants in the above-captioned matter. On July 1, 2014, Appellants filed their Opening Brief, along with the Excerpts of Record (Dkt. No. 18). It has since come to our attention that four pages were mistakenly omitted from the Excerpts of Record. Accordingly, I am today filing corrected Excerpts of Record that include those pages.

    Please let me know if you have any questions about this.

Sincerely,

William D. Coglianese

cc: ECF Service List

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON