FILED

AUG 04 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| REBECCA FRIEDRICHS; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CALIFORNIA TEACHERS ASSOCIATION; et al.,<br><br>        Defendants - Appellees,<br><br>KAMALA D. HARRIS, Attorney General,<br><br>        Defendant - Intervenor. | No. 13-57095<br><br>D.C. No. 8:13-cv-00676-JLS-CW<br>Central District of California,<br>Santa Ana<br><br><br>ORDER |

    The appellants' August 1, 2014 letter is construed as a motion for leave to file corrected excerpts of record. Based on the representation that modification is limited to the insertion of four pages that were inadvertently omitted from the previously filed excerpts, the motion is granted. The Clerk shall file the corrected excerpts of record.

    The appellants are reminded that all requests for relief from this court should be made in the form of a motion. Fed. R. App. P. 27(a)(1). All requests for relief from this court should state the position of opposing counsel. *See* Circuit

Tah/8.4.14/Pro Mo

Advisory Committee Note to Ninth Circuit Rule 27-1, paragraph (5). This order was issued prior to the expiration of time within which a response may be filed. Fed. R. App. P. 27(b).

        For the Court:
        MOLLY C. DWYER
        Clerk of the Court

        Teresa A. Haugen, Deputy Clerk
        9th Circuit Rules 27-7, 27-10