No. 13-57095

_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

REBECCA FRIEDRICHS, et al.,

*Plaintiffs-Appellants,*

v.

CALIFORNIA TEACHERS ASSOCIATION, et al.,

*Defendants-Appellees,*

KAMALA D. HARRIS, Attorney General of California,

*Defendant-Intervenor.*

_____

On Appeal from the United States District Court
for the Central District of California, Santa Ana
No. 8:13-cv-00676-JLS-CW
Judge Josephine L. Staton

_____

# NOTICE OF ERRATA TO BRIEF OF DEFENDANTS-APPELLEES
# CALIFORNIA TEACHERS ASSOCIATION, et al.

LAURA P. JURAN (Cal. Bar No. 199978)
JACOB F. RUKEYSER (Cal. Bar No. 233781)
California Teachers Association
Legal Department
1705 Murchison Drive
Burlingame, California 94010
(650) 552-5425

JEREMIAH A. COLLINS
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth St., N.W., Tenth Floor
Washington, DC 20005
(202) 842-2600

JASON WALTA
National Education Association
1201 16th Street, N.W.
Washington, DC 20036
(202) 822-7041

JEFFREY B. DEMAIN (Cal. Bar No. 126715)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151

Counsel for Defendants-Appellees

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that Defendants-Appellees California Teachers Association, et al. hereby file the following errata with the Court.

The first sentence in the second paragraph of page 16 of the Brief of Defendants-Appellees states:

"Although all parties recognize the validity of *Abood* is not a matter presented to this Court for decision, Defendants' argument should not go unanswered."

This sentence should read as:

"Although all parties recognize the validity of *Abood* is not a matter presented to this Court for decision, Plaintiffs' argument should not go unanswered."

The last sentence in the second paragraph of page 16 states:

"As we will show, *Abood* is a sound precedent that easily withstands Defendants' arguments and is not undermined by the decision in *Harris*."

This sentence should read as:

"As we will show, *Abood* is a sound precedent that easily withstands Plaintiffs' arguments and is not undermined by the decision in *Harris*."

The second to last sentence in the first paragraph of page 21 states:

"So too, teachers' collective views regarding the fairness and effectiveness of various potential employment rules and policies, and regarding practices that

1

may contribute to improving the quality of education, promotes informed decision making by school districts."

This sentence should read as:

"So too, teachers' collective views regarding the fairness and effectiveness of various potential employment rules and policies, and regarding practices that may contribute to improving the quality of education, promote informed decision making by school districts."

The first sentence in footnote 12 on page 25 states:

"As Justice Kagen has pointed out, such mandated free ridership would create a uniquely severe 'collective action problem.' *Harris*, 134 S. Ct. at 2656 (Kagan, J., dissenting)."

This sentence should read as:

"As Justice Kagan has pointed out, such mandated free ridership would create a uniquely severe 'collective action problem.' *Harris*, 134 S. Ct. at 2656 (Kagan, J., dissenting)."

Counsel for Defendants-Appellees California Teachers Association, et al. apologize for the errors and any inconvenience they may have caused the Court or the parties.

Date: September 4, 2014

Respectfully submitted,

| | |
|---|---|
| | *s/ Jeremiah A. Collins* |
| LAURA P. JURAN (Cal. Bar No. 199978) | JEREMIAH A. COLLINS |
| JACOB F. RUKEYSER (Cal. Bar No. 233781) | Bredhoff & Kaiser, P.L.L.C. |
| California Teachers Association | 805 Fifteenth St., N.W., Tenth Floor |
| Legal Department | Washington, DC  20005 |
| 1705 Murchison Drive | (202) 842-2600 |
| Burlingame, California  94010 | |
| (650) 552-5425 | |
| | |
| JASON WALTA | JEFFREY B. DEMAIN (Cal. Bar |
| National Education Association |   No. 126715) |
| 1201 16th Street, N.W. | Altshuler Berzon LLP |
| Washington, DC  20036 | 177 Post Street, Suite 300 |
| (202) 822-7041 | San Francisco, California  94108 |
| | (415) 421-7151 |

Counsel for Defendants-Appellees

9th Circuit Case Number(s) | 13-57095

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | _____

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Sep 4, 2014.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

```
Christopher P. Burger
SCHOOLS LEGAL SERVICE
1300 17th Street
P.O. Box 2445
Bakersfield, CA 93303
```

Signature (use "s/" format) | s/Jeremiah A. Collins