**FILED**

**OCT 03 2014**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| REBECCA FRIEDRICHS; et al., | No. 13-57095 |
| Plaintiffs - Appellants, | D.C. No. 8:13-cv-00676-JLS-CW<br>Central District of California,<br>Santa Ana |
| v. | |
| CALIFORNIA TEACHERS ASSOCIATION; et al., | ORDER |
| Defendants - Appellees, | |
| KAMALA D. HARRIS, Attorney General, | |
| Defendant - Intervenor. | |

The court has received appellants' urgent motion for summary affirmance or to submit on the papers. Pursuant to the court's July 16, 2014 order, appellants' motion is referred to the panel assigned to decide the merits of this appeal for whatever consideration the panel deems appropriate.

Briefing is completed. This appeal will be calendared in due course.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT
By: Delaney M. Andersen
Motions Attorney/Deputy Clerk

DA/MOATT