**URGENT MOTION UNDER CIRCUIT RULE 27-3(b)**

No. 13-57095

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

REBECCA FRIEDRICHS, et al.,
*Plaintiff-Appellants*,

v.

CALIFORNIA TEACHERS ASSOCIATION, et al.,
*Defendant-Appellees*,

KAMALA D. HARRIS, Attorney General of California,
*Defendant-Intervenor*,

On Appeal from the United States District Court
for the Central District of California, Santa Ana
No. 8:13-cv-00676-JLS-CW
Judge Josephine L. Staton

**APPELLANTS' URGENT MOTION TO RECONSIDER MOTION FOR SUMMARY AFFIRMANCE OR TO SUBMIT ON THE PAPERS**

**Action Necessary by October 31, 2014**

| | |
|---|---|
| Michael E. Rosman<br>CENTER FOR<br>INDIVIDUAL RIGHTS<br>1233 20th Street, N.W.<br>Suite 300<br>Washington, DC 20036<br>202.833.8400 | Michael A. Carvin<br>  *Counsel of Record*<br>James M. Burnham<br>William D. Coglianese<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>202.879.3939 |

*Attorneys for Appellants*

Appellants filed an urgent motion for summary affirmance in this proceeding on October 3, 2014, shortly after briefing was completed. That same day, the Clerk's Office disposed of that motion "pursuant to" a prior Order the Clerk's Office issued on July 16, 2014 concerning Appellants' request to expedite this appeal. (Dkt. 49.) Because that prior Order on Appellants' request to expedite this appeal does not control their current request for Summary Affirmance, and because the Clerk's Office appears to lack authority under the Ninth Circuit's rules to dispose of a Motion for Summary Affirmance, Appellants respectfully request reconsideration of their request by the Motions Panel. And because that Motion is now fully briefed by all parties, Appellants request such consideration by October 31, 2014, in accordance with the request in their initial filing.

The Circuit Advisory Committee Note to Circuit Rule 27-1 (the Rule governing motions) specifies that: "*The motions panel shall rule* on substantive motions, *including* motions to dismiss, for *summary affirmance*, and similar motions." Circuit Advisory Committee Note to Rule 27-1(3)(a) (emphases added). Because Appellants are suffering irreparable harm for the reasons explained in their Motion for Summary Affirmance and Reply on the same, urgent consideration of that Motion by the Motions Panel in accordance with Circuit Rule 27-1 is warranted.

- 2 -

Dated:  October 16, 2014                    Respectfully submitted:


                                            /s/ Michael A. Carvin
                                            Michael A. Carvin
                                            James M. Burnham
                                            William D. Coglianese
                                            JONES DAY
                                            51 Louisiana Avenue, N.W.
                                            Washington, D.C.  20001-2113
                                            (202) 879-3939

                                            Michael E. Rosman
                                            CENTER FOR INDIVIDUAL RIGHTS
                                            1233 20th St. NW, Suite 300
                                            Washington, DC 20036

                                            *Counsel for Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2014, on behalf of Plaintiff-Appellants, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, for delivery within 3 calendar days to the following non-CM/ECF participants:

Christopher P. Burger
SCHOOLS LEGAL SERVICE
1300 17th Street
P.O. Box 2445
Bakersfield, CA 93303

*Counsel for Appellee Donald E. Carter*

Henry Chi-Jen Wang
BAUTE CROCHETIERE &
MALONEY LLP
Suite 4900
777 South Figueroa Street
Los Angeles, CA 90017

*Counsel for Appellee Ruth Pérez*

- 2 -

Dated: October 16, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Michael A. Carvin
　　　　　　　　　　　　　　　　　　Michael A. Carvin
　　　　　　　　　　　　　　　　　　macarvin@jonesday.com
　　　　　　　　　　　　　　　　　　James M. Burnham
　　　　　　　　　　　　　　　　　　William D. Coglianese
　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　51 Louisiana Avenue, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001-2113
　　　　　　　　　　　　　　　　　　(202) 879-3939

　　　　　　　　　　　　　　　　　　*Counsel for Appellants*