FILED

UNITED STATES COURT OF APPEALS

OCT 23 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBECCA FRIEDRICHS; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>CALIFORNIA TEACHERS ASSOCIATION; et al.,<br><br>　　　　Defendants - Appellees,<br><br>KAMALA D. HARRIS, Attorney General,<br><br>　　　　Defendant - Intervenor. | No. 13-57095<br><br>D.C. No. 8:13-cv-00676-JLS-CW<br>Central District of California,<br>Santa Ana<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court has received appellants' urgent motion to reconsider the October 3, 2014 Clerk order. The October 3, 2014 Clerk order referred appellants' urgent motion for summary affirmance or to submit on the papers to the panel assigned to decide the merits of this appeal.

The motion to reconsider is granted with respect to appellants' request that the motion for summary affirmance be referred to a motions panel for disposition rather than awaiting submission of the appeal to a merits panel. That portion of the

DA/MOATT

October 3, 2014 order referring the motion for summary disposition to the merits panel is vacated.

The request for expedited disposition of the motion for summary affirmance by a motions panel before October 31, 2014 is denied. The motion for summary affirmance will be presented to a motions panel in due course, but not later than December 2014.

Briefing is completed.

DA/MOATT 2