**FILED**

UNITED STATES COURT OF APPEALS

NOV 18 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBECCA FRIEDRICHS; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CALIFORNIA TEACHERS ASSOCIATION; et al.,<br><br>        Defendants - Appellees,<br><br>KAMALA D. HARRIS, Attorney General,<br><br>        Defendant - Intervenor. | No. 13-57095<br><br>D.C. No. 8:13-cv-00676-JLS-CW<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before: CANBY, CLIFTON, and OWENS, Circuit Judges.

    The court has reviewed appellants' motion for summary affirmance and appellees' opposition thereto, the record, and the briefing filed in this appeal. Upon review, the court finds that the questions presented in this appeal are so insubstantial as not to require further argument, because they are governed by controlling Supreme Court and Ninth Circuit precedent. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard for summary affirmance); *Abood v. Detroit Bd. Of Ed.*, 431 U.S. 209, 232 (1977)

DA/MOATT

(allowing public-sector agency shop); *Mitchell v. L.A. Unified Sch. Dist.*, 963 F.2d 258, 263 (9th Cir. 1992) (allowing opt-out regime).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**