UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 11 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBECCA FRIEDRICHS; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>CALIFORNIA TEACHERS ASSOCIATION; et al.,<br><br>   Defendants - Appellees,<br><br>KAMALA D. HARRIS, Attorney General,<br><br>   Defendant - Intervenor. | No. 13-57095<br><br>D.C. No. 8:13-cv-00676-JLS-CW<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

  The judgment of this Court, entered November 18, 2014, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:
            Molly C. Dwyer
            Clerk of Court

            Margoth Turcios
            Deputy Clerk