# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 29, 2015

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Rebecca Friedrichs, et al.
            v. California Teachers Association, et al.
           No. 14-915
           (Your No. 13-57095)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 26, 2015 and placed on the docket January 29, 2015 as No. 14-915.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst