# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 30, 2015

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Rebecca Friedrichs, et al.
           v. California Teachers Association, et al.
           No. 14-915
           (Your No. 13-57095)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk