13-57095

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**REBECCA FRIEDRICHS, et al.,**

                Plaintiffs-Appellants,

    v.

**CALIFORNIA TEACHERS ASSOCIATION, et al.,**

                Defendants-Appellees,

**KAMALA D. HARRIS, Attorney General of California**

                Defendant-Intervenor-Appellee.

On Appeal from the United States District Court
for the Central District of California, Santa Ana

No. 8:13-cv-00676-JLS-CW
The Honorable Josephine L. Staton, Judge

**MOTION FOR EXEMPTION FROM
CIRCUIT RULE 46-5 AND DECLARATION
OF SAMUEL SIEGEL IN SUPPORT**

KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General
TAMAR PACHTER
Supervising Deputy
  Attorney General
ALEXANDRA ROBERT GORDON
State Bar No. 207650
Deputy Attorney General

JANILL L. RICHARDS
Principal Deputy Solicitor General
State Bar No. 173817
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 (510) 622-2130
 Janill.Richards@doj.ca.gov
*Attorneys for Defendant-Intervenor-Appellee Attorney General Kamala D. Harris*

The Office of the Attorney General for the State of California and Associate Deputy Solicitor General Samuel Siegel move for exemption from Circuit Rule 46-5 to permit Mr. Siegel to assist in the representation of Defendant-Intervenor-Appellee Kamala D. Harris, Attorney General, in this matter, which is now pending before the United States Supreme Court.

## BACKGROUND AND SUMMARY

The California Attorney General's Office hired Mr. Siegel as an Associate Deputy Solicitor General, and Mr. Siegel began work in this capacity on September 14, 2015.

The California Attorney General's Office would like Mr. Siegel's assistance in the ongoing litigation of this matter.

Mr. Siegel served as a law clerk for the Honorable A. Wallace Tashima of the Ninth Circuit Court of Appeals from September 8, 2014, until August 28, 2015. Declaration of Samuel Siegel (Siegel Decl.) ¶ 3.

During part of this time period, the appeal in this case was pending in the Ninth Circuit. On November 18, 2014, a panel of this Court summarily affirmed the district court's judgment. *Friedrichs v. California Teachers Ass'n*, No. 13-57095, 2014 WL 10076847, at *1 (9th Cir. Nov. 18, 2014). No petition for rehearing or rehearing en banc was filed.

Plaintiffs subsequently filed a petition for a writ of certiorari with the Supreme Court of the United States, which was granted on June 30, 2015. *See Friedrichs v. California Teachers Ass'n*, 135 S.Ct. 2933 (2015).

To Mr. Siegel's knowledge, during his employment with the Ninth Circuit, he was not involved, either directly or indirectly, in this case. Siegel Decl., § 3.

To Mr. Siegel's knowledge, during his employment with the Ninth Circuit, he was not employed or assigned in the chambers of any judge who participated in the case. Siegel Decl., § 4.

## ARGUMENT

While the case is not currently pending before this Court, the exemption is being sought "to avoid the appearance of impropriety if a former court employee were to work on a matter that was pending in the [Ninth Circuit] during the employee's period of employment." Circuit Advisory Committee Note to 9th Cir. R. 46-5.

Under Circuit Rule 46-5, a former employee of this Court is barred from participating or assisting "by way of representation, consultation, or otherwise, in any case that was pending in the Court during the employee's period of employment." However, a former employee may apply for an

2

exemption from this restriction. The application "must demonstrate that the attorney had no direct or indirect involvement with the case during employment with the Court, and that the attorney was not employed or assigned in the chambers of any judge who participated in the case during the attorney's employment with the Court." 9th Cir. R. 46-5.

Associate Deputy Solicitor General Samuel Siegel worked as a law clerk for this Court while the appeal in this matter was pending before this Court. To the best of Mr. Siegel's knowledge, however, he had no direct or indirect involvement with the appeal. Furthermore, to his knowledge, Mr. Siegel was neither employed by nor assigned to the chambers of any judge who participated in the case. Accordingly, Mr. Siegel is eligible for an exemption to Rule 46-5.

## CONCLUSION

For the foregoing reasons, the Office of the Attorney General for the State of California and Samuel Siegel respectfully request that the Court grant an exemption from Ninth Circuit Rule 46-5 and allow Mr. Siegel to participate in the representation of the Attorney General in this matter.

Dated:  September 22, 2015	Respectfully Submitted,

>	KAMALA D. HARRIS
>	Attorney General of California
>	DOUGLAS J. WOODS
>	Senior Assistant Attorney General
>	TAMAR PACHTER
>	Supervising Deputy Attorney General
>	ALEXANDRA ROBERT GORDON
>	Deputy Attorney General
>
>
>	*/s/ Janill L. Richards*
>	JANILL L. RICHARDS
>	Principal Deputy Solicitor General
>	*Attorneys for Defendant-Intervenor-Appellee Attorney General Kamala D. Harris*

# DECLARATION OF SAMUEL SIEGEL

I, Samuel Siegel, declare as follows:

1. I am competent to testify to the matters in this declaration, and, if called to do so, could and would so testify.

2. On September 14, 2015, I began my employment as an Associate Deputy Solicitor General in the California Attorney General's Office, Office of the Solicitor General.

3. Before joining the California Attorney General's Office, I was a law clerk for the Honorable A. Wallace Tashima of the Ninth Circuit Court of Appeals. My period of employment extended from September 8, 2014 until August 28, 2015.

3. The above-captioned appeal, *Rebecca Friedrichs, et al., v. California Teachers Association, et al.*, Case No. 13-57095, was pending during my employment with the Ninth Circuit. To my knowledge, I was not involved, either directly or indirectly, in this case.

4. During my employment with the Ninth Circuit, to my knowledge, I was not employed or assigned in the chambers of any judge who participated in the case.

///

///

///

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 22, 2015, in San Francisco, California.

                                        */s/ Samuel Siegel*
                                        Samuel P. Siegel
                                        Associate Deputy Solicitor General

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2015, on behalf of Defendant-Intervenor-Appellee Attorney General Kamala D. Harris, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, for delivery within 3 calendar days to the following non-CM/ECF participant:

> Christopher P. Burger
> SCHOOLS LEGAL SERVICE
> 1300 17th Street
> P.O. Box 2445
> Bakersfield, CA 93303
> *Counsel for Appellee Donald E. Carter*

Dated: September 22, 2015　　　KAMALA D. HARRIS
　　　　　　　　　　　　　　　　Attorney General of California

　　　　　　　　　　　　　　　　*/s/ Janill L. Richards*
　　　　　　　　　　　　　　　　JANILL L. RICHARDS
　　　　　　　　　　　　　　　　Principal Deputy Solicitor General
　　　　　　　　　　　　　　　　*Attorneys for Defendant-Intervenor-Appellee*
　　　　　　　　　　　　　　　　*Attorney General Kamala D. Harris*

# CERTIFICATE OF SERVICE

| Case Name: | **Friedrichs, Rebecca, et al. v. California Teachers Assoc., et al.** | No. | **13-57095** |

I hereby certify that on <u>September 22, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**MOTION FOR EXEMPTION FROM CIRCUIT RULE 46-5 AND DECLARATION OF SAMUEL SIEGEL IN SUPPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>September 22, 2015</u>, at San Francisco, California.

| N. Newlin | /s/ N. Newlin |
|-----------|---------------|
| Declarant | Signature |

SA2014114355
41375924.doc