**FILED**

UNITED STATES COURT OF APPEALS

OCT 07 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REBECCA FRIEDRICHS; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CALIFORNIA TEACHERS ASSOCIATION; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> KAMALA D. HARRIS, Attorney General, <br><br> Defendant - Intervenor. | No. 13-57095 <br><br> D.C. No. 8:13-cv-00676-JLS-CW <br> Central District of California, <br> Santa Ana <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion for an exemption under Rule 46-5 for Associate Deputy Solicitor General Samuel Siegel is granted to the extent the motion concerns the practice of law before this court. *See* 9th Cir. R. 46-5. This order expresses no opinion with respect to Mr. Siegel's representation of intervenor in the matter currently pending before the Supreme Court of the United States.

This case remains closed.

DA/MOATT