# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

June 28, 2016

Clerk
United States Court of Appeals for the
 Ninth Circuit
P. O. Box 193939
San Francisco, CA 94119-3939

    Re:  Rebecca Friedrichs, et al.
          v. California Teachers Association, et al.
          No. 14-915 (Your docket No. 13-57095)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By *[signature]*

    Hervé Bocage
    Judgments/Mandates Clerk

Enc.
cc:   Mr. Michael A. Carvin, Esq.     Mr. David C. Frederick, Esq.
       Mr. Edward C. DuMont, Esq.    Mr. Ian H. Gershengorn, Esq.
       Mr. Peter Fagen, Esq.

## Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

June 28, 2016

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

Mr. Michael A. Carvin, Esq.
Jones Day
51 Louisiana Ave., N. W.
Washington, D. C. 20001

      Re:  Rebecca Friedrichs, et al.
            v. California Teachers Association, et al.
           No. 14-915

Dear Mr. Carvin:

      Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By
      Herve' Bocage
      Judgments/Mandates Clerk

cc:    Mr. David C. Frederick, Esq.
        Mr. Edward C. DuMont, Esq.
        Mr. Peter Fagen, Esq.
        Mr. Ian H. Gershengorn, Esq.
        Clerk, USCA for the Ninth Circuit (Your docket No. 13-57095)

# Supreme Court of the United States

No. 14-915

**REBECCA FRIEDRICHS, ET AL.,**

Petitioners

v.

**CALIFORNIA TEACHERS ASSOCIATION, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed by an equally divided Court.

March 29, 2016



A True Copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: